PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Rashan Davis          **Docket Number:** 11-00709-001
                                            **PACTS Number:** 52757

**Name of Original Sentencing Judicial Officer:** Honorable Janet Bond Arterton (D/CT)
**Jurisdiction Accepted by Judicial Officer:** Honorable William H. Walls

**Date of Original Sentence:** 10/27/08
**Date of Sentence Reduction:** 10/27/09

**Original Offense:** Possession with Intent to Distribute and Distribution of 5 Grams or More of Cocaine Base

**Original Sentence:** 60 months imprisonment; 4 years supervised release; $100 total special assessment. Special conditions: drug testing and/or treatment, mental health counseling, and DNA collection.

**Sentence Reduction:** 15 months imprisonment with the first 4 months of supervised release to be served in a halfway house. Previously imposed conditions continued.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 03/24/10

**Assistant U.S. Attorney:** Nicholas P. Grippo, 970 Broad Street, Room 502 Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Donald J. McCauley (AFPD), 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[X] Judicial signature and docketing

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On August 23, 2011, Davis was arrested by the New Jersey State Police in Irvington, New Jersey and charged with possession of a loaded 9mm handgun, receiving stolen property (handgun), and resisting arrest by flight.<br><br>On August 2, 2012, Davis appeared before the Honorable Williams H. Walls, Sr. U.S. District Judge, and was arraigned on Count One (Felon in Possession of Weapon) of Indictment 12-00380-001.<br><br>Davis remains in custody as this case is pending. |

I declare under penalty of perjury that the foregoing is true and correct.

*Anthony J. Nisi*
Anthony J. Nisi
2012.08.20 14:39:24
-04'00'

By: Anthony J. Nisi
    U.S. Probation Officer
Date: 08/20/12

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[✓] No Action *at this time*
[ ] Other: File Petition

_____
Signature of Judicial Officer

28 *[signature]*
_____
Date